**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Vincent Anthony RAMIREZ, a.k.a. "T", a.k.a. Big T, a.k.a. Toro, Defendant-Appellant.**

**No. 11-50320.**

United States Court of Appeals, Ninth Circuit.

** This disposition is not appropriate for publication and is not precedent except as provid-

Submitted Nov. 13, 2012.*

Filed Nov. 20, 2012.

Jennifer Anne Corbet, Assistant U.S., Curtis A. Kin, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Becky Susan Walker James, Kathryn Lohmeyer Pounders, Law Offices of Becky Walker James, Los Angeles, CA, for Defendant–Appellant.

Vincent Anthony Ramirez, Los Angeles, CA, pro se.

Before: CANBY, TROTT, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Vincent Anthony Ramirez appeals from the 264–month sentence imposed following his guilty-plea conviction for conspiracy to distribute and to possess with intent to distribute methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)(viii), and 846; and conspiracy to launder money, in violation of 18 U.S.C. § 1956(h). We dismiss.

Ramirez contends that the district court imposed a substantively unreasonable sentence and failed to explain adequately its reasons for the sentence. We are precluded from reaching the merits of Ramirez's claims by a valid appeal waiver. *See United States v. Watson,* 582 F.3d 974, 988 (9th Cir.2009). Ramirez contends that the appeal waiver should not be enforced because at his plea hearing the district court ad-

vised him that appeal waivers are generally enforceable, but that he retained the right to appeal an illegal sentence. The district court's qualified advisement did not invalidate the appeal waiver. *See id.* at 987–88.

**DISMISSED.**

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

